■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CRAIG BENTON, Appellant. [960 NYS2d 901]—Judgment of resentence, Supreme Court, New York County (Richard D. Carruthers, J.), rendered October 26, 2011, resentencing defendant to an aggregate term of 15 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur— Friedman, J.P., Moskowitz, DeGrasse, Richter and Gische, JJ.